

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Brenda ZUZUARREGUI,<br><br>　　　　Defendant. | Magistrate Case No. '21 MJ04188<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about October 17, 2021, within the Southern District of California, Defendant, Brenda ZUZUARREGUI, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Luis RUIZ-Lacheno and Carlos HERNANDEZ-Mendez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　Ramon A. Galindo, CBP Enforcement Officer
　　　　　　　　　　　　　　　　　U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on October 18, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. KAREN S. CRAWFORD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Luis RUIZ-Lacheno and Carlos HERNANDEZ-Mendez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 17, 2021, at approximately 12:43 PM, Brenda ZUZUARREGUI, (Defendant) was waiting to make application for admission to the United States from Mexico at the San Ysidro Port of Entry via vehicle primary. Defendant was the driver of a silver Nissan, Altima bearing California license plates. During a pre-primary roving operation, a Customs and Border Protection (CBP) Officer made contact with Defendant asking her where she was going and what she was bringing from Mexico. Defendant stated she was going to San Diego and gave two negative CBP declarations. The CBP Officer inspected the trunk of the vehicle and discovered two persons concealed within. Defendant was removed from the vehicle and escorted to the secondary office. The vehicle was turned over to the secondary lot personnel for further inspection.

During the secondary inspection, two males, later identified as Luis RUIZ-Lacheno and Carlos HERNANDEZ-Mendez, were assisted out of the trunk of the vehicle. Both admitted to being citizens of Mexico with no legal documents to enter the United States. Both are now referred to as Material Witnesses.

At approximately 3:50 PM, Defendant was advised of her Miranda Rights. Defendant elected to waive her right to counsel and gave the following statement. Defendant admitted she agreed to smuggle money from the United States into Mexico. Defendant further admitted she has successfully smuggled money into Mexico twice previously. Defendant stated she was paid $800 on her first smuggling event, then $1,000 for the second. Defendant stated today she was going to go to take her car to an address in Chula Vista and was going to receive a payment of $2,000.

Material Witnesses gave the following statement during a video-recorded interview. Material Witnesses admitted they are citizens of Mexico and do not possess any legal documents to enter the U.S. Material Witnesses stated they were going to California to work and were going to pay smuggling fee between $10,000 and $15,000 upon their successful entry into the United States.